# Exhibit B

# REPORT OF PROPOSED DEBT ISSUANCE

California Debt and Investment Advisory Commission
915 Capitol Mall, Room 400, Sacramento, CA 95814
P.O. Box 942809, Sacramento, CA 94209-0001
Tel.: (916) 653-3269   FAX: (916) 654-7440

Completion and timely submittal of this form to the California Debt and Investment Advisory Commission (CDIAC) at the above address will assure your compliance with existing California State law and will assist in the maintenance of a complete data base. Thank you for your cooperation.[1]

| For Office Use Only |
|---|
| CDIAC NO.: |

**ISSUER NAME:** MENDOCINO COAST HEALTH CARE DISTRICT

**ISSUE NAME:** 2011 HIT/EHR Taxable Promissory Notes

Please specify type/name of project: _____

**PROPOSED SALE DATE:** 12/8/2011      **PROPOSED PRINCIPAL TO BE SOLD:** $ $2,500,000

**IS ANY PORTION OF THE DEBT FOR REFUNDING?** [2]

☒ No  ☐ Yes      , proposed amount for refunding  $ _____

**Issuer Contact:**

Name: Raymond Hino

Title: Chief Executive Officer

Address: 700 River Drive, Fort Bragg, CA 95437

Phone: 707-961-1234      E-mail: rhino@mcdh.net      Issuer Located In Mendocino County

**Filing Contact:** Name of individual (representing  ☒ Bond Counsel,  ☐ Issuer,  ☐ Financial Advisor, or  ☐ Lead Underwriter who completed this form and may be contacted for information:

Name: Brian D. Quint

Firm/Agency: Quint & Thimmig LLP

Address: 575 Market Street, Suite 3600, San Francisco, CA 94105

Phone: (415) 765-1550      E-mail: bquint@qtllp.com

Send acknowledgment/copies to: Blythe Fleet      E-mail: bfleet@qtllp.com

**FINANCING PARTICIPANTS:**

BOND COUNSEL: Quint & Thimmig LLP

FINANCIAL ADVISOR: Caldwell Flores Winters

UNDERWRITER\PURCHASER: UHG of California

**IS THE INTEREST ON THE DEBT TAXABLE?**

Under State Law:    ☒ NO (tax-exempt)  ☐ YES (taxable)
Under Federal Law:  ☐ NO (tax-exempt)  ☒ YES (taxable)

If the issue is federally tax-exempt, is interest a specific preference item for the purpose of alternative minimum tax?

☐ Yes, preference item  ☐ No, not a preference item

**TYPE OF SALE:**  ☐ Competitive  ☒ Negotiated

---

[1] Section 8855(k) of the California Government Code requires the issuer of any proposed new public debt issue to give written notice of the proposed sale to the CDIAC no later than 30 days prior to the sale Under Califonria Government Code Section 8855(l)k "The issuer of any new public debt issue shall, not later than 45 days after the signing of the bond purchase contract in a negotiated or private finacning, or after the acceptance of a bid in a competitive offering, submit a report of final sale and official statement to the Commission. The Commission may require information to be submitted in the report of final sale that is considered appropriate."

[2] Section 53583(c)(2)(B) of the California Government Code requires that any local agency selling refunding bonds at private sale of on a negotiated basis shall send a written statement, within two weeks after the bonds are sold, to the CDIAC explaining the reasons why the local agency determined to sell the bonds at private sale or on a negotiated basis instead of at public sale.

## TYPE OF DEBT INSTRUMENT

**NOTE**
- ☐ Bond anticipation (BAN)
- ☐ Grant obligation (GAN)
- ☒ Other note (Please specify below.) (OTHN)
- ☐ Revenue anticipation (RAN)
- ☐ Tax allocation (TALN)
- ☐ Tax and revenue anticipation (TRAN)
- ☐ Tax anticipation (TAN)

- ☐ Commercial paper (CP)
- ☐ Certificates of participation/leases (COP/L)
- ☐ Other (Please specify below.) (OTH)

**BOND**
- ☐ Conduit revenue (Private obligor) (CRB)
- ☐ General obligation (GOB)
- ☐ Limited tax obligation (LTOB)
- ☐ Other bond (please specify below) (OTHB)
- ☐ Public lease revenue (PLRB)
- ☐ Revenue (Pool) (RB)
- ☐ Revenue (public enterprise) (PERB)
- ☐ Sales tax revenue (STRB)
- ☐ Special assessment (SAB)
- ☐ Tax-allocation (TAB)

Please specify "Othernote/Other bond/Other" was checked:    Promissory Note

## SOURCE(S) OF REPAYMENT

- ☐ Bond proceeds (BDPR)
- ☒ General fund of issuing jurisdiction (GNFD)
- ☐ Grants (GRNT)
- ☐ Intergovernmental transfers other than grant (ITGV)
- ☐ Local obligations (LOB)
- ☐ Private obligor payments (POP)
- ☐ Other (Please specify.) (OTHS): _____

- ☐ Property tax revenues (PRTX)

- ☐ Public enterprise revenues (PER)
- ☐ Sales tax revenues (SATR)
- ☐ Special assessments (SA)
- ☐ Special tax revenues (SPTR)
- ☐ Tax-increment (TI)

## PURPOSE(S) OF FINANCING

- ☐ Cash flow, interim financing (CFIF)
- ☐ Project, interim financing (PIF)

- ☐ College/university housing (CUH)
- ☐ Multifamily housing (MFH)
- ☐ Single-family housing (SFH)

- ☐ Health care facilities (HCF)
- ☒ Hospital (HOSP)
- ☐ Other/multiple health care purposes (equipment, etc.) (OMHC)

- ☐ College/university facility (CUF)
- ☐ K-12 school facility (KSCH)
- ☐ Other/multiple educational uses (equipment, etc.) (OMED)
- ☐ Student loans (SLC)

- ☐ Redevelopment, multiple uses (RD)

- ☐ Commercial development (CMDV)
- ☐ Industrial development (INDV)
- ☐ Pollution control (PC)

- ☐ Multiple capital improvements and public works (MCAP)
- ☐ Other capital improvements and public works (OCAP)
- ☐ Parking (PRKG)
- ☐ Parks/open space (PRKO)
- ☐ Ports and marinas (PRTS)
- ☐ Power generation/transmission (PWR)
- ☐ Prisons/jails/correctional facilities (PRSN)
- ☐ Public building (PB)
- ☐ Public transit (PTR)
- ☐ Recreation and sports facilities (RCSP)
- ☐ Seismic safety improvements/repair (SSI)
- ☐ Solid waste recovery facilities (SWST)
- ☐ Street construction and improvements (SCI)
- ☐ Wastewater collection and treatment (WSTW)
- ☐ Water supply/storage/distribution (WTR)

- ☐ Insurance/pension funds (IPF)
- ☐ Other than listed above (OTH)

- ☐ Airport (APRT)
- ☐ Bridges and highways (BRHI)
- ☐ Convention center (CCTR)
- ☐ Equipment (EQUP)
- ☐ Flood control/storm drainage (FLDS)

Please specify type/name of project if different from above: _____

1/2004

Case: 13-01026    Doc# 1-2    Filed: 02/19/13    Entered: 02/19/13 16:49:06    Page 3 of 3