# Exhibit H

# REPORT OF FINAL SALE

California Debt and Investment Advisory Commission
915 Capitol Mall, Room 400, Sacramento, CA 95814
P.O. Box 942809, Sacramento, CA 94209-0001
Tel.: (916) 653-3269    FAX: (916) 654-7440

**For Office Use Only**

CDIAC#: _____

Under California Government Code Section 8855(i), "The issuer of any new public debt issue shall, not later than 45 days after signing of the bond purchase contract in a negotiated or private financing, or after the acceptance of a bid in a competitive offering, submit a report of final sale and official statement to the Commission. The Commission may require information to be submitted in the report of final sale that is considered appropriate."

**ISSUER NAME:** MENDOCINO COAST HEALTH CARE DISTRICT

(If pool bond, list participants)

**ISSUE NAME:** 2011 HIT/EHR Taxable Promissory Notes

IF THIS A POOLED FINANCING, WHICH ISSUANCE STATUTE IS IT AUTHORIZED UNDER?

1) Marks-Roos local Bond Pooling Act  2) JPA Law  3) Installment Sales Agreement, Lease...  4) Housing Revenue Bond Law & Industrial Development Bond Law  5) Other _____

**WILL VALIDATION ACTION BE PURSUED:** ☒ No  ☐ Yes  ☐ Unknown

**ACTUAL SALE DATE:** December 8, 2011    **PRINCIPAL SOLD:** $2,500,000.00

**IS ANY PORTION OF THE DEBT FOR REFUNDING?** [1]
☐ No   ☐ Yes,   refunding amount (including costs) $ _____

**Issuer Contact:**

Name: Raymond Hino
Title: Chief Executive Officer
Address: 700 River Drive, Fort Bragg, CA  95437
Phone: 707-961-1234    **ISSUER LOCATED IN** Mendocino **COUNTY**

**Filing Contact:** Name of individual representing ☒ Bond Counsel, ☐ Issuer, ☐ Financial Advisor, or ☐ Lead Underwriter   who completed this form and may be contacted for information:

Name: Brian D. Quint
Firm/Agency: Quint & Thimmig LLP
Address: 575 Market Street, Suite 3600   , San Francisco, CA  94105
Phone: (415) 765-1550    E-mail: bquint@qtllp.com
Send acknowledgment/copies to: Blythe Fleet

Name of individual to whom an invoice for the CDIAC issue fee should be sent: [2]

Name: Steven P. Henry
Title: Director, Treasury Investment Management
Address: 5995 Plaza Drive, Mail Code CA112-0267, Cypress, CA 90630
Phone: (714) 226-3793
Email: steve_p_henry@uhc.com

---

[1] Section 53583(c)(2)(B) of the California Government Code requires that any local agency selling refunding bonds at private sale or on a negotiated basis shall send a written statement, within two weeks after the bonds are sold, to the CDIAC explaining the reasons why the local agency determined to sell the bonds at a private sale or on a negotiated basis  instead of at public sale.

[2] This fee is authorized by Section 8856 of the California Government Code and is charged to the lead underwriter or purchaser of the issue. The fee is administratively set by the Commission. The current fee schedule may be obtained from CDIAC.

**FINANCING PARTICIPANTS** (Firm name)  |  **OFFICE LOCATION** (City/State)

FINANCIAL ADVISOR: Caldwell Flores Winters — Emeryville, CA

LEAD UNDERWRITER/PURCHASER: UHG of California — Cypress, CA

BOND COUNSEL: Quint & Thimmig LLP — San Francisco, CA

TRUSTEE/PAYING AGENT: The Bank of New York Mellon Trust — Los Angeles, CA

**MATURITY SCHEDULE**
☒ Attached   ☐ Included in Official Statement

**MATURITY STRUCTURE**
☒ Serial (S)   ☐ Term (T)
☐ Serial and term bonds or two or more term (B)

**FINAL MATURITY DATE:** 12/1/2016

**FIRST OPTIONAL CALL DATE:** 1/1/2012

**SENIOR/SUBORDINATE STRUCTURE** ☐ Yes ☒ No

**OFFICIAL STATEMENT/OFFERING MEMORANDUM:**
☐ Enclosed   ☒ None prepared

**WAS THE ISSUE INSURED OR GUARANTEED?**
☒ No
☐ Bond Insurance (I)
☐ Letter of Credit (L)
☐ State Intercept Program (T)
☐ Other (0)

**GUARANTOR:** _____

**ENHANCEMENT EXPIRATION DATE:** _____

**INDICATE CREDIT RATING:**
(For example, "AAA" or "Aaa")
☒ Not Rated
☐ Rated
Standard & Poor's: _____
Fitch: _____
Moody's: _____
Other: _____

**REASON FOR NEGOTIATED REFUNDINGS**
If the issue is a negotiated refunding, indicate the reason(s) why the bonds were issued at a private or negotiated versus a competitive sale.
☐ (1) Timing of the sale provided more flexibility than a public sale
☐ (2) More cost savings were expected to be realized than a public sale
☐ (3) More flexibility in debt structure was available than a public sale
☐ (4) Issuer able to work with participants familiar with issue/r than a public sale
☐ (5) All of the above
☐ (6) Other (please specify) _____

**IS THE INTEREST ON THE DEBT EXEMPT FROM TAXATION?**
Under State Law: ☐ No (taxable)  ☒ Yes (tax-exempt)
Under Federal law: ☒ No (taxable)  ☐ Yes (tax-exempt)
If the issue is federally tax-exempt, is interest a specific preference item for the purpose of alternative minimum tax? ☐ Yes ☐ No

**INTEREST TYPE:** ☐ NIC ☒ TIC ☐ Variable

**INTEREST COST:** 3.75 %

**CAPITAL APPRECIATION BOND:** ☐ Yes ☐ No

**ISSUANCE COSTS AND FEES:**
A) Management Fee           $ _____
B) Total Takedown           $ _____
C) Underwriter Expenses     $ _____
**Underwriter Spread or Discount** $ _____
D) Bond Counsel             $      N/A
E) Disclosure Counsel       $      N/A
F) Financial Advisor        $      N/A
G) Rating Agency            $      N/A
H) Credit Enhancement       $      N/A
I) Trustee Fee              $      N/A
J) Other Expenses           $ _____
**Total Issuance Costs**    $ _____
K) ORIGINAL ISSUE PREMIUM   $ _____
L) ORIGINAL ISSUE DISCOUNT  $ _____
M) NET ORIGINAL ISSUE DISCOUNT/PREMIUM $ _____

FOR OFFICE USE ONLY

FEE $ _____

Case: 13-01026   Doc# 1-8   Filed: 02/19/13   Entered: 02/19/13 16:49:06   Page 3 of 4

## MENDOCINO COAST HEALTH CARE DISTRICT
## 2011 HIT/EHR Taxable Promissory Note

| Maturity Date (December 1) | Principal Amount | Interest Rate |
|---|---|---|
| 2014 | $802,850 | 3.75% |
| 2015 | 832,957 | 3.75 |
| 2016 | 864,193 | 3.75 |

Case: 13-01026   Doc# 1-8   Filed: 02/19/13   Entered: 02/19/13 16:49:06   Page 4 of 4