| | |
|---|---|
| 1 | KAMALA D. HARRIS<br>Attorney General of California |
| 2 | MOLLY K. MOSLEY<br>Supervising Deputy Attorney General |
| 3 | JANE O'DONNELL<br>Deputy Attorney General |
| 4 | State Bar No. 100617<br> 1300 I Street, Suite 125 |
| 5 | P.O. Box 944255<br> Sacramento, CA 94244-2550 |
| 6 | Telephone: (916) 322-0253<br>Fax: (916) 327-2247 |
| 7 | E-mail: Jane.ODonnell@doj.ca.gov<br>*Attorneys for Creditor California Office of* |
| 8 | *Statewide Health Planning and Development* |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| **In re:**<br>**MENDOCINO COAST HEALTH CARE DISTRICT, a political subdivision of the State of California,**<br>Debtor. | CASE NO. 12-12753<br>Chapter 9 |
| **MENDOCINO COAST HEALTH CARE DISTRICT, a political subdivision of the State of California,**<br>Plaintiff,<br>v.<br>**UHC OF CALIFORNIA AND THE OFFICE OF STATEWIDE HEALTH PLANNING AND DEVELOPMENT OF THE STATE OF CALIFORNIA,**<br>Defendants. | Adversary Proc. No. 13-01026<br>**CERTIFICATE OF SERVICE** |

1

1    I hereby certify that on April 8, 2013, I electronically filed the following documents with
2    the Clerk of the Court by using the CM/ECF system:
3    **ANSWER TO ADVERSARY COMPLAINT BY DEFENDANT CALIFORNIA**
4    **OFFICE OF STATEWIDE HEALTH PLANNING AND DEVELOPMENT**
5    I certify that all participants in the case are registered CM/ECF users and that service will
6    be accomplished by the CM/ECF system.
7    I declare under penalty of perjury under the laws of the State of California the foregoing is
8    true and correct and that this declaration was executed on April 8, 2013, at Sacramento,
9    California.

   */s/ Jane O'Donnell*
   Jane O'Donnell

SA2012108370
31659667.doc

3

CERTIFICATE OF SERVICE (Adv. Proc. No. 13-01026)