HENRY C. KEVANE (CA BAR NO. 125757)
SAMUEL R. MAIZEL (CA BAR NO. 189301)
GAIL S. GREENWOOD (CA BAR NO. 169939)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, CA 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010
E-mail: hkevane@pszjlaw.com

**Signed: September 4, 2013**

_____
**ALAN JAROSLOVSKY U.S. Bankruptcy Judge**

Attorneys for Plaintiff

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br><br>MENDOCINO COAST HEALTH CARE DISTRICT, a political subdivision of the State of California,<br><br>Debtor. | Case No.: 12-12753<br><br>Chapter 9 |
| MENDOCINO COAST HEALTH CARE DISTRICT, a political subdivision of the State of California,<br><br>Plaintiff,<br><br>v.<br><br>UHC OF CALIFORNIA, THE OFFICE OF STATEWIDE HEALTH PLANNING AND DEVELOPMENT OF THE STATE OF CALIFORNIA,<br><br>Defendants. | Adv. Proc. No. 13-01026<br><br>**STIPULATION AND ORDER TO TAKE TRIAL OFF CALENDAR AND CONTINUE RELATED PRETRIAL DEADLINES**<br><br>**[Pursuant to Fed. R. Bankr. P. 7016(b)]** |

Mendocino Coast Health Care District ("District"), and UHC of California ("UHC"), have reached an agreement in principle to settle this adversary proceeding, subject to the consent of the Office of Statewide Health Planning and Development of the State of California ("OSHPD", and, collectively with the District and UHC, the "Parties"), and therefore stipulate, by and through their counsel, as follows:

## RECITALS

A. On June 25, 2013, the Bankruptcy Court entered its *Scheduling Conference Order and Notice of Trial* [Docket No. 12] ("Pretrial Order"). Pursuant to the Pretrial Order a trial is scheduled on November 20, 2013, at 9:00 a.m., and the deadline to complete discovery was fixed at October 18, 2013.

B. On July 10, 2013, the Bankruptcy Court entered a *Stipulated Scheduling Order Between the Plaintiff and Defendants Regarding Disclosures and Discovery* [Docket No. 13], which sets forth certain deadlines pertaining to discovery, evidence and pretrial briefing ("Pretrial Deadlines").

C. The District and UHC have reached an agreement in principle to settle the litigation, subject to the consent of OSHPD. The Parties anticipate that it may take additional time to fully document the proposed settlement before filing a motion for its approval by the Bankruptcy Court.

NOW THEREFORE, the Parties have met and conferred and hereby stipulate and agree:

## STIPULATION AND ORDER

1. The trial date of November 20, 2013 at 9:00 a.m. is taken off calendar. All Pretrial Deadlines are continued indefinitely.

2. In the event that the Parties are unable to finalize the settlement by November 30, 2013, the District may request a status conference for the Bankruptcy Court to consider a new trial date and related pretrial and discovery deadlines.

Dated: September 4, 2013         PACHULSKI STANG ZIEHL & JONES LLP


By    */s/ Henry C. Kevane*
       Henry C. Kevane
       Attorneys for the District

Dated: August 30, 2013   CHAPMAN AND CUTLER LLP

By _____
Todd Dressel
Attorneys for UHC

Dated: August __, 2013   CALIFORNIA ATTORNEY GENERAL'S OFFICE

By _____
Jane O'Donnell
Attorneys for the Office of Statewide Health
Planning and Development of the State of
California

Based on the foregoing stipulation of the Parties, IT IS SO ORDERED.

* * * END OF ORDER * * *

DOCS_SF:83780.2 62951/002

Dated: August __, 2013  CHAPMAN AND CUTLER LLP

By _____
   Todd Dressel
   Attorneys for UHC

Dated: August 30, 2013  CALIFORNIA ATTORNEY GENERAL'S OFFICE

By  /s/ Jane O'Donnell
   Jane O'Donnell
   Attorneys for the Office of Statewide Health
   Planning and Development of the State of
   California

Based on the foregoing stipulation of the Parties, IT IS SO ORDERED.

\* \* \* **END OF ORDER** \* \* \*

DOCS_SF:83780.2 62951/002

3    STIPULATION TO CONTINUE TRIAL

Case: 13-01026    Doc# 15    Filed: 09/04/13    Entered: 09/05/13 15:35:04    Page 4 of 4